526 A.2d 777

**AIR POLLUTION CONTROL ASSOCIATION, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Argued March 10, 1987.

Decided June 8, 1987.

Ralph H. German, Paul David Burke, Cooper German Kelly & Purcell, P.C., Pittsburgh, for appellant.

LeRoy S. Zimmerman, Atty. Gen., Robert Coyne, Deputy Atty. Gen., Harrisburg, for appellee.

## ORDER OF COURT

PER CURIAM.

Affirmed.